UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JAMES BENJAMIN, as Trustee of the
REBEKAH C BENJAMIN TRUST,

          Plaintiff,

                                    Case No. 18-cv-10849
v.                                 Honorable Thomas L. Ludington

JOHN STEMPLE AND JANET SANTOS,
in their official and individual capacities,

          Defendants.

_____/

## JUDGMENT

     In accordance with the order dismissing Plaintiff's amended complaint entered on this date,

     It is **ORDERED AND ADJUDGED** that judgment is granted in favor of Defendant and

against Plaintiff.

     It is further **ORDERED AND ADJUDGED** that the amended complaint is **DISMISSED**

with prejudice.

Dated: June 21, 2018                  s/Thomas L. Ludington
                                    THOMAS L. LUDINGTON
                                    United States District Judge

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served
upon each attorney or party of record herein by electronic means or first
class U.S. mail on June 21, 2018.

s/Kelly Winslow
KELLY WINSLOW, Case Manager